# EXHIBIT A

# LAW OFFICE OF ROBERT OSUNA, P.C.

11 Park Place, Suite 600
New York, New York 10007
Telephone: 212.233.1033
Facsimile: 212.233.1014

July 29, 2009

VIA HAND DELIVERY

ADA Marianna Zelig
Queens County District Attorneys Office
Queens Criminal Court Building
125-01 Queens Boulevard
Kew Gardens, NY 11415

**Re:**     People v. Nzegwu

Dear Ms. Zelig,

Firstly I would like to thank you on behalf of my client and myself for having been nothing but professional throughout the pendency of this case. You have given my client each and every opportunity to resolve this matter. My client has steadfastly maintained his innocence and he appears to be correct.

Yesterday in Court, I adjourned the case for Grand Jury Action and withdrew Cross 190.50 Notice on the record.

**Please be advised that I came across vital information to this case that you must investigate fully before this case proceeds. I am reinstating cross 190.50 Notice, my client will testify before the Grand Jury, I am waiving 180.80, and 30:30 for two weeks after the next adjourn date of August 25, 2009. Thus time is waived until September 8, 2009 and of course this is my request. Please do not present this case until after the next adjourn date.**

I carefully reviewed the Criminal Complaint and the IP address that is alleged to belong to my client and is alleged to have originated the frauds my client is charged with. The IP address in the complaint is 69.114.189.48. A simple internet check of that IP address through IP-Address.com shows that IP address being located at Troy Avenue and Sterling Place in Brooklyn, **several blocks away from where my client resides.**

I am enclosing for you a copy of the IP-Address.com printout with the map showing where that IP address is located. I also send a map of Brooklyn showing the proximity of that IP location to my clients' residence. I am away from August 5, 2009 until the 20th. We will speak after I return or you can contact me by email at robertosunapc@yahoo.com.

Thank you for your immediate attention to this matter.

Sincerely,

Law Office of Robert Osuna, PC
By:    Robert Osuna, Esq.

11/22/2010 16:21    17186432007    ELENA K MAKAU    PAGE 03/06
Case 1:10-cv-02994-CBA-RML   Document 74   Filed 12/20/12   Page 4 of 7 PageID #: 512

Print - Maps

Page 2 of 2

http://www.bing.com/maps/print.aspx?mkt=en-us&z=16&s=r&cp=qsc07c8y4zn6&msi=14

Q09629420

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR, COUNTY OF QUEENS

| | |
|---|---|
| THE PEOPLE OF THE STATE OF NEW YORK | STATE OF NEW YORK |
| V. | COUNTY OF QUEENS |
| ANTHONY O NZEGWU | |
| DEFENDANT | |

SPECIAL AGENT ERIC FRIEDMAN, U.S. SECRET SERVICE, BEING DULY SWORN,
DEPOSES AND SAYS THAT BETWEEN DECEMBER 16 2008 12:00PM AND FEBRUARY 2
2009 12:00PM, IN FRONT OF 51-01 MARATHAN PKWY, COUNTY OF QUEENS, STATE
OF NEW YORK

THE DEFENDANT COMMITTED THE OFFENSES OF:
PL 155.40-1 GRAND LARCENY IN THE SECOND DEGREE
PL 155.35 GRAND LARCENY IN THE THIRD DEGREE
PL 190.80-1 IDENTITY THEFT IN THE FIRST DEGREE (2 COUNTS)
PL 175.10 FALSIFYING BUSINESS RECORDS IN THE FIRST DEGREE
PL 170.25 CRIMINAP POSSESSION OF A FORGED INSTRUMENT IN THE SECOND
DEGREE

IN THAT THE DEFENDANT DID: KNOWINGLY AND UNLAWFULLY STEAL PROPERTY
WITH A VALUE EXCEEDING FIFTY THOUSAND DOLLARS;KNOWINGLY AND UNLAWFULLY
STEAL PROPERTY WITH A VALUE EXCEEDING THREE THOUSAND DOLLARS ;
KNOWINGLY AND WITH INTENT TO DEFRAUD ASSUMED THE IDENTITY OF ANOTHER
PERSON BY PRESENTING HIMSELF
OR HERSELF AS THAT OTHER PERSON, OR BY ACTING AS THAT OTHER PERSON OR
BY USING PERSONAL IDENTIFYING INFORMATION OF THAT OTHER PERSON, AND
THEREBY OBTAINED GOODS, MONEY, PROPERTY OR SERVICES OR USED CRDIT IN
THE NAME OF SUCH OTHER PERSON IN AN AGGREGATE AMOUNT THAT EXCEEDS TWO
THOUSAND DOLLARS;COMMIT THE CRIME OF FALSIFYING BUSINESS RECORDS IN THE
SECOND DEGREE, AND HIS INTENT TO DEFRAUD INCLUDED AN INTENT TO COMMIT
ANOTHER CRIME OR TO AID OR CONCEAL THE COMMISSION THEREOF; KNOWINGLY
FORGES AND WITH INTENT TO DEFRAUD, DECIVE OR INJURE ANOTHER HE UTTERS
OR POSSESS ANY FORGED INSTRUMENT OF A KIND SPECIFIED IN SECTION 170.10
OF THE PENAL LAW.

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S
BELIEF ARE AS FOLLOWS:

DEPONENT STATES THAT I AM INFORMED BY ANGELA STRONG, A FRAUD ANALYST FOR
BETH PAGE FEDERAL CREDIT UNION, THAT ON OR ABOUT DECEMBER 16, 2008 THREE
SEPARATE ON-LINE INTERNET COMMUNICATIONS WERE SENT TO THE BETHPAGE
CREDIT UNION ACCOUNT NUMBER ENDING IN #66000 BELONGING TO
ACCOUNTHOLDER RUI ZHONG ZHOU REQUESTING WIRE TRANSFERS AGGREGATING
$149,845.57 FROM MR. ZHOU'S ACCOUNT TO A M & T BANK ACCOUNT IN THE
NAME OF "DAVID COLLINS." DEPONENT IS INFORMED BY MS. STRONG THAT THE
IP ADDRESS USED TO REQUEST THE WIRE TRANSFERS ORIGINATED FROM

NZEGWU,ANTHONY O  Q09629420
69.114.189.48.

DEPONENT STATES THAT I AM FURTHER INFORMED BY ANGELA STRONG THAT PURSUANT TO SAID REQUEST, ON DECEMBER 16, 2008 THE TRANSFER WAS COMPLETED AND THE MONIES WERE WIRED OUT OF MR. ZHOU'S ACCOUNT INTO THE M & T ACCOUNT NUMBER 2965691137 THEREBY DEBITING MR. ZHOU'S ACCOUNT IN THE AGGREGATE AMOUNT OF $149,845.57.  DEPONENT IS INFORMED BY LISA ROSS, FRAUD INVESTIGATOR FOR M & T BANK THAT $149,845.57 WAS CREDITED TO ACCOUNT ENDING IN #1137 AND THAT BASED UPON HER INVESTIGATION THE FRAUDULENT TRANSFER WAS SHORTLY THEREAFTER REVERSED AND THE MONEY WAS WIRED BACK INTO COMPLAINANT'S ACCOUNT.

DEPONENT STATES THAT I AM FURTHER INFORMED BY MERYL WEIN, VICE PRESIDENT OF CORPORATE FRAUD INVESTIGATIVE SERVICES FOR WACHOVIA BANK, THAT BASED UPON THE RECORDS OF WACHOVIA BANK, SAID RECORDS MADE IN THE ORDINARY COURSE OF BUSINESS, WACHOVIA BANK MAINTAINED ACCOUNT #1010210878228 IN THE NAME OF ACCOUNTHOLDER RUI ZHONG ZHOU AND THAT BASED UPON HER INVESTIGATION, ON OR ABOUT DECEMBER 30, 2008, AT WACHOVIA BANK LOCCATED AT 201 W. 17TH STREET IN NEW YORK CITY, DEFENDANT ANTHONY O NZEGWU WAS OBSERVED ON THE ATM PHOTO SURVEILLANCE ACCESSING MR. ZHOU'S ACCOUNT THROUGH AN ATM CARD CASH WITHDRAWAL OF $80.00.

DEPONENT IS FURTHER INFORMED BY MS. WEIN THAT ON OR ABOUT JANUARY 6, 2008 DEFENDANT WAS AGAIN OBSERVED AT THE SAME LOCATION FRAUDULENTLY ACCESSING MR. ZHOU'S ACCOUNT THROUGH AN ATM DEPOSIT OF AN ADVANTA BANK CONVENIENCE CHECK IN THE AMOUNT OF $18,250.00 DRAWN ON THE ACCOUNT OF MICHAEL STYLIANOU OF STOA DESIGN STUDIO, LTC. AND MADE PAYABLE TO MR. ZHOU.

DEPONENT STATES THAT HE IS FURTHER INFORMED BY MS. WEIN OF WACHOVIA BANK THAT MRS. ZHOU'S ACCOUNT WAS AGAIN FRAUDULENTLY ACCESSED ON FEBRUARY 2, 2009 VIA WIRELESS INTERNET, TRANSFERING ALL FUNDS OUT OF THE ACCOUNT. I AM INFORMED BY MS. WEIN THAT SHE WAS ABLE TO IDENTIFY THE IP ADDRESSES ASSOCIATED WITH THE FRAUDULENT ACTIVITY, TO WIT: IP ADDRESS 69.114.189.48 AND WAS ABLE TO PROVIDE DEPONENT WITH THE ATM PHOTOGRAPHS TAKEN AT THE ATMS ON DECEMBER 30, 2008 AND JANUARY 6, 2008. DEPONENT STATES THAT HE EXAMINED THE SURVEILLANCE PHOTOGRAPHS TAKEN AT THE ATMS AND IT IDENTIFIED THE DEFENDANT, ANTHONY O NZEGWU.

DEPONENT STATES THAT I AM INFORMED BY COMPLAINANT MR. ZHOU, A RESIDENT OF QUEENS COUNTY, WHOSE ADDRESS IS KNOWN TO THE DISTRICT ATTORNEY'S OFFICE, THAT HE DID NOT REQUEST THE WIRE TRANSFERS INDICATED, THAT HE DOES NOT NOR HAS HE EVER HAD A BANK ACCOUNT WITH WACHOVIA BANK, NOR DID HE GIVE PERMISSION OR AUTHORITY TO DEFENDANT NOR ANY INDIVIDUAL OR PERSONS TO OPEN AN ACCOUNT IN HIS NAME, TO CONDUCT FINANCIAL TRANSACTIONS IN HIS NAME NOR ACCESS HIS BETH PAGE CREDIT UNION ACCOUNT OR ANY OTHER ACCOUNT IN HIS NAME OR USE HIS PERSONAL IDENTIFYING INFORMATION.  I AM FURTHER INFORMED BY MR. ZHOU THAT THE STATED IP ADDRESS IS UNKNOWN TO HIM.

DEPONENT IS INFORMED BY MICHAEL STYLIANOU, A RESIDENT OF QUEENS COUNTY WHOSE ADDRESS IS KNOWN TO THE DISTRICT ATTORNEY'S OFFICE, THAT HE IS THE ACCOUNT HOLDER OF AN ADVANTA BANK MASTERCARD ACCOUNT 5584 XXXXXXXX 3371 AND THAT HE DID NOT GIVE PERMISSION OR AUTHORITY TO DEFENDANT TO TAKE, POSSESS OR EXCERCISE CONTROL OVER HIS PERSONAL IDENTIFYING INFORMATION AND CHECKS; THAT HE DID NOT ISSUE THE AFOREMENTIONED CHECK, NOR DOES HE HAVE KNOWLEDGE OF MR. ZHOU.  DEPONENT IS FURTHER INFORMED BY MRS. STYLIANOU THAT HE REPORTED THE FRAUD TO ADVANTA BANK AND THE AMOUNT OF

*Photo* →

NSEGNU, ANTHONY O  Q09629420
$18,250.00 WAS CREDITED BACK TO HIS ACCOUNT.

DEPONENT IS INFORMED BY PAM AN INVESTIGATOR FOR ADVANTA BANK THAT AS A RESULT OF DEFENDANT'S ACTIONS THEY SUSTAINED A FINANCIAL LOSS OF $18,250.00 AND THAT DEFENDANT DID NOT HAVE PERMISSION OR AUTHORITY TO TAKE OR POSSESS SAID U.S. CURRENCY.

DEPONENT FURTHER STATES THAT BASED UPON AN INVESTIGATION OF IP ADDRESS 69.114.189, AND THE UTILIZATION OF A WIRELESS INTERNET LOCATOR, IT WAS DETERMINED THAT THAT WIRELESS INTERNET ACTIVITY ORIGINATED FROM DEFENDANT'S RESIDENCE.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW

DATE     SIGNATURE

SWORN TO BEFORE ME ON THE
DAY OF

DATE     SIGNATURE